**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JAMES HORNBERGER,**

    **Plaintiff,**

**v.**     Case No.  8:11-cv-25-T-30TBM

**UNIVERSITY OF SOUTH FLORIDA,**

    **Defendant.**
_____/

## ORDER

Before the Court is the Defendant University of South Florida's Motion to Dismiss the case with prejudice (Dkt. 6).  On April 4, 2011, Plaintiff withdrew his opposition to the motion.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    University of South Florida's Motion to Dismiss (Dkt. 6) is GRANTED.

2.    This cause is dismissed with prejudice.

3.    All pending motions are denied as moot.

4.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 5, 2011.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2011\11-cv-25.mtd 6.frm